COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Humphreys, O'Brien and Senior Judge Bumgardner

RONNIE STILTNER

v.     Record No. 0509-17-3

HAROLD E. MATNEY, JR. AND
 AMGUARD INSURANCE COMPANY

MEMORANDUM OPINION*
PER CURIAM
JULY 18, 2017

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Terrence Shea Cook, on brief), for appellant.

(Daniel E. Lynch; John T. Cornett, Jr.; Lynch & Cornett, P.C., on
brief), for appellees.

Ronnie Stiltner appeals a decision of the Workers' Compensation Commission finding

that he failed to establish a compensable injury. On appeal, he contends that the Commission

erred in making that finding.

We have reviewed the record and the Commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the Commission in its final

opinion. See Stiltner v. Matney, JCN VA00001101724, 2017 VA Wrk. Comp. LEXIS 93

(Va. Wrk. Comp. Feb. 27, 2017). We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____
* Pursuant to Code § 17.1-413, this opinion is not designated for publication.